JS-6

DAVID A. STAMPLEY
dstampley@kamberlaw.com
KAMBERLAW, LLC
142 West 57th Street, 11th Floor
New York, New York 10019
Telephone:  212.920.3072
Facsimile:   212.202.6364

Counsel for Plaintiff Lynn W. Tucker

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:  UNITED PARCEL SERVICE "AIR-IN-GROUND" MARKETING AND SALES PRACTICES LITIGATION | MDL No. 2153<br><br>**Case No. CV 15-6114-GW(PJWx)** |
| **This Document Relates to:**<br><br>LYNN W. TUCKER, individually and on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC. and THE UPS STORE, INC.,<br><br>　　　　　　　Defendants. | **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Hon. George H. Wu<br><br>Courtroom 9D |

The Court, having reviewed the parties' Stipulation of Voluntary Dismissal, and good cause appearing, hereby APPROVES the Stipulation and ORDERS that:

1. This action is dismissed in its entirety. The claims alleged on behalf of Plaintiff Lynn Tucker are dismissed with prejudice, and the claims on behalf of the putative class members are dismissed without prejudice.

2. Except as otherwise agreed by the parties, each party shall bear her or its own costs and expenses, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 2, 2017

_____
THE HONORABLE GEORGE H. WU
United States District Judge